Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-62455 CRM | Trustee: | (300060) Barbara B. Stalzer, Trustee |
| --- | --- | --- | --- |
| Case Name: | CABE & CATO, INC. | Filed (f) or Converted (c): | 06/04/13 (f) |
| | | §341(a) Meeting Date: | 07/01/13 |
| Period Ending: | 09/30/17 | Claims Bar Date: | 10/17/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Checking Account Park Sterling an 526 Old Greenv | 5,757.37 | 5,757.37 | | 5,757.37 | FA |
| 2 | 2021 shares of Whiteboard Labs, LLC 3100 Richmon | 0.00 | 0.00 | | 33,397.43 | FA |
| 3 | Open Invoices | 13,700.00 | 13,700.00 | | 0.00 | FA |
| 4 | Promissory Note Turnkey ATM Solutions, LLC Origi | 136,093.61 | 136,093.61 | | 0.00 | FA |
| 5 | Promissory Note Turnkey ATM Solutions, LLC Origi | 3,300.00 | 3,300.00 | | 0.00 | FA |
| 6 | 2002 Avalanche  (See Footnote) | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 7 | 2004 Lincoln Navigator  (See Footnote) | 5,500.00 | 5,500.00 | OA | 0.00 | FA |
| 8 | Office Electronic Equipment: Dell Laptop Compute  (See Footnote) | 755.00 | 755.00 | OA | 0.00 | FA |
| 9 | Office Equipment: Wooden horizontal paper sorter  (See Footnote) | 765.00 | 765.00 | OA | 0.00 | FA |
| 10 | Office Furniture: Desk, Credenza, Conference Tab  (See Footnote) | 1,450.00 | 1,450.00 | OA | 0.00 | FA |
| 11 | Milwaikee Hammerdrill, Hand truck, Cabe & cato,  (See Footnote) | 3,710.00 | 3,710.00 | OA | 0.00 | FA |
| 12 | Office Inventory: SDD Dispenser (5), Loading tra  (See Footnote) | 675.00 | 675.00 | OA | 0.00 | FA |
| 13 | WPB Hospitality Venture, LLC m'ship- VOID  (u)<br>Not on schedules; came up in mediation; added after | 0.00 | 0.00 | | 0.00 | FA |

Printed: 10/20/2017 11:49 AM    V.13.30

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-62455 CRM | Trustee: | (300060) Barbara B. Stalzer, Trustee |
| --- | --- | --- | --- |
| Case Name: | CABE & CATO, INC. | Filed (f) or Converted (c): | 06/04/13 (f) |
| | | §341(a) Meeting Date: | 07/01/13 |
| Period Ending: | 09/30/17 | Claims Bar Date: | 10/17/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| | mediation but then determined later that it was a note, which now as been paid to Trustee  (See Footnote) | | | | | |
| 14 | Avoidance claim against Turnkey  (u)<br>  Debtor transferred most of business to a related corporation in 2010 when judgment entered against it. Litigation by creditor in Florida listed on SOFA however. | 200,000.00 | 200,000.00 | | 255,000.00 | 20,000.00 |
| 15 | Avoidance/malpractice claim against Burr & Forman  (u)<br>  Debtor paid legal fees of related corporation, which payments are likely to be avoidable. | 184,000.00 | 184,000.00 | | 500,000.00 | FA |
| 16 | Note payable from WPB Hospitality Venture  (u) | 100,000.00 | 100,000.00 | | 109,279.80 | FA |
| 16 | **Assets**   **Totals**  (Excluding unknown values) | **$660,705.98** | **$660,705.98** | | **$903,434.60** | **$20,000.00** |

| | |
| --- | --- |
| RE PROP# 6 | OA Doc. no. 189 |
| RE PROP# 7 | OA Doc. no. 189 |
| RE PROP# 8 | OA Doc. No. 189 |
| RE PROP# 9 | OA Doc. No. 189 |
| RE PROP# 10 | OA Doc. No. 189 |
| RE PROP# 11 | OA Doc. No. 189 |
| RE PROP# 12 | OA Doc. no. 189 |
| RE PROP# 13 | Same as 16-- note paid in full |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 13-62455 CRM | **Trustee:** (300060) Barbara B. Stalzer, Trustee | |
| **Case Name:** CABE & CATO, INC. | **Filed (f) or Converted (c):** 06/04/13 (f) | |
| | **§341(a) Meeting Date:** 07/01/13 | |
| **Period Ending:** 09/30/17 | **Claims Bar Date:** 10/17/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Turnkey defendants have continued to make their regular payments to the trustee for its part of the settlement. Trustee will close the case when the payments are completed in early 2018.

Trustee has continued to collect payments from Turnkey Defendants and to make periodic distributuions to the sole creditor, Andante Development. Trustee also was able to sell the Debtor's interest in WhiteBoard Labs.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014          **Current Projected Date Of Final Report (TFR):** February 28, 2018

Printed: 10/20/2017 11:49 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-62455 CRM  
**Case Name:** CABE & CATO, INC.

**Taxpayer ID #:** **-***9092  
**Period Ending:** 09/30/17

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $40,160,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/13 | {1} | Park Sterling Bank | Bank account on debtor's schedules | 1129-000 | 5,757.37 | | 5,757.37 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,747.37 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,737.37 |
| 09/04/13 | {2} | Whiteboard Labs LLC | Distribution from membership interest | 1123-000 | 354.08 | | 6,091.45 |
| 09/04/13 | {16} | WBP Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 6,591.45 |
| 09/04/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 7,091.45 |
| 09/11/13 | {16} | WPB Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 7,591.45 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,581.45 |
| 10/18/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 8,081.45 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.23 | 8,069.22 |
| 11/15/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 8,569.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.07 | 8,558.15 |
| 12/06/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 9,058.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.06 | 9,044.09 |
| 01/08/14 | {16} | WPB Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 9,544.09 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.87 | 9,530.22 |
| 02/04/14 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 10,030.22 |

**Subtotals :**  $10,111.45   $81.23

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-62455 CRM  
**Case Name:** CABE & CATO, INC.  

**Taxpayer ID #:** **-***9092  
**Period Ending:** 09/30/17  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $40,160,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 10,016.88 |
| 03/05/14 | {16} | WPB Hospitality LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 10,516.88 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.47 | 10,502.41 |
| 04/01/14 | {16} | WPB Hospitality | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 11,002.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.78 | 10,985.63 |
| 05/06/14 | {16} | WPB Hospitality LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 11,485.63 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.35 | 11,469.28 |
| 06/09/14 | {16} | WPB Hospitality LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 11,969.28 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 11,952.91 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.91 | 11,934.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.59 | 11,917.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.28 | 11,899.13 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.68 | 11,881.45 |
| 11/05/14 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 20,488.10 |
| 11/05/14 | {16} | Ragsdale, Beals, Seigler, Patterson & Gray LLP | 2 payments on settlement of note collection from WPB Hospitality-per doc. no. 152- payments held by counsel pending resolution of adversary proceeding | 1221-000 | 17,213.30 | | 37,701.40 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 37,660.03 |

**Subtotals :**     $27,819.95     $190.14

{} Asset reference(s)            Printed: 10/20/2017 11:49 AM    V.13.30

| | | Form 2 | | | | Page: 3 |
|---|---|---|---|---|---|---|
| | | **Cash Receipts And Disbursements Record** | | | | |

**Case Number:** 13-62455 CRM  
**Case Name:** CABE & CATO, INC.  
**Taxpayer ID #:** **-***9092  
**Period Ending:** 09/30/17  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $40,160,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/14 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 46,266.68 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.88 | 46,195.80 |
| 01/05/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 54,802.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.34 | 54,726.11 |
| 02/11/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 63,332.76 |
| 02/18/15 | 101 | Morris, Manning & Martin, LLP | Mediator fees per order in AP 14-05300 (Doc. No. 17); Notice of Payment (Doc. No. 20) | 3721-000 | | 14,169.50 | 49,163.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.65 | 49,083.61 |
| 03/10/15 | {16} | WPB Hospitality | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 57,690.26 |
| 03/17/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #1; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 62,690.26 |
| 03/17/15 | {14} | Scroggins & Williamson | Acct #5005764666; Payment #0; Wire Transfer for initial settlement payment | 1241-000 | 100,000.00 | | 162,690.26 |
| 03/18/15 | {15} | Burr & Forman | Wire transfer on 3-17-15 for settlement of adversary | 1241-000 | 500,000.00 | | 662,690.26 |

| | | | | Subtotals : | $639,426.60 | $14,396.37 | |

{} Asset reference(s)                                                          Printed: 10/20/2017 11:49 AM     V.13.30

## Form 2
### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-62455 CRM  
**Case Name:** CABE & CATO, INC.  

**Taxpayer ID #:** **-***9092  
**Period Ending:** 09/30/17  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $40,160,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/15 | 102 | Andante Development LLC | Settlement proceeds; Per 2/27/15 Consent Order at Doc. No. 176 Voided on 03/19/15 | 7100-000 | | 500,000.00 | 162,690.26 |
| 03/19/15 | 102 | Andante Development LLC | Settlement proceeds; Per 2/27/15 Consent Order at Doc. No. 176 Voided: check issued on 03/19/15 | 7100-000 | | -500,000.00 | 662,690.26 |
| 03/19/15 | 103 | McLin & Burnsed, PA | Settlement proceeds; Per 2/27/15 Consent Order at Doc. No. 176 | 7100-000 | | 500,000.00 | 162,690.26 |
| 03/23/15 | 104 | Ragsdale Beals Siegler Patterson & Gray | ATTORNEY FEES (interim); Per 3/20/15 Order at Doc. No. 179 | 3210-000 | | 70,000.00 | 92,690.26 |
| 03/23/15 | 105 | Ragsdale Beals Siegler Patterson & Gray | Expenses for attorney (interim); Per 3/20/15 Order at Doc. No. 179 | 3220-000 | | 6,443.21 | 86,247.05 |
| 03/23/15 | 106 | LIghtfoot Group LLC | Valuation expert fees; Per 3/20/15 Order at Doc. No. 179 | 3731-420 | | 5,882.50 | 80,364.55 |
| 03/23/15 | 107 | Lightfoot Group LLC | Valuation expert expenses; Per 3/20/15 Order at Doc. No. 179 | 3732-430 | | 9.20 | 80,355.35 |
| 03/23/15 | 108 | Stonebridge Accounting & Forensics | Accountant for Trustee fees; Per 3/20/15 Order at Doc. No. 179 | 3410-000 | | 8,077.50 | 72,277.85 |
| 03/23/15 | 109 | Stonebridge Accounting & Forensics | Accountant for Trustee expenses; Per 3/20/15 Order at Doc. No. 179 | 3420-000 | | 109.97 | 72,167.88 |
| 03/23/15 | 110 | Barbara B. Stalzer, Trustee | TRUSTEE FEES (interim); Per 3/20/15 Order at Doc. No. 179 | 2100-000 | | 32,982.07 | 39,185.81 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.63 | 38,889.18 |
| 04/02/15 | {16} | WPB Hospitality, LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, | 1221-000 | 8,606.65 | | 47,495.83 |

**Subtotals :** $8,606.65  $623,801.08

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM     V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 13-62455 CRM  
**Case Name:** CABE & CATO, INC.  

**Taxpayer ID #:** **-***9092  
**Period Ending:** 09/30/17  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $40,160,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Doc. No. 152 | | | | |
| 04/10/15 | {14} | Turnkey defendants | Acct #5005764666; Payment #2; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 52,495.83 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.91 | 52,425.92 |
| 05/06/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 61,032.57 |
| 05/19/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #3; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 66,032.57 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.80 | 65,946.77 |
| 06/03/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 74,553.42 |
| 06/17/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #4; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 79,553.42 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.50 | 79,437.92 |
| 07/06/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 88,044.57 |
| 07/23/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #5; ACH transfer | 1241-000 | 5,000.00 | | 93,044.57 |

**Subtotals :** $45,819.95   $271.21

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

## Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 13-62455 CRM
**Case Name:** CABE & CATO, INC.

**Taxpayer ID #:** **-***9092
**Period Ending:** 09/30/17

**Trustee:** Barbara B. Stalzer, Trustee (300060)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $40,160,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | | | | |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.87 | 92,912.70 |
| 08/11/15 | {16} | WPB Hospitality | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 101,519.35 |
| 08/13/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #6; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 106,519.35 |
| 08/31/15 | 111 | Ragsdale Beals Siegler Patterson & Gray | Attorney Fees (2nd interim); Per 8/28/15 Order at Doc. No. 185 | 3210-000 | | 4,854.50 | 101,664.85 |
| 08/31/15 | 112 | Ragsdale Beals Siegler Patterson & Gray | Attorney expenses (2nd interim); Per 8/28/15 Order at Doc. No. 185 | 3220-000 | | 216.53 | 101,448.32 |
| 08/31/15 | 113 | McLin & Burnsed | Attorney's fees shared from Patterson first fee app; Payment approved per 8/28/15 Order at Doc. No. 185 | 3210-000 | | 16,000.00 | 85,448.32 |
| 08/31/15 | 114 | Ragsdale Beals Siegler Patterson & Gray | Attorney Fees left from Patterson first interim fee app; Fees approved per 3/20/15 Order at Doc. No. 179; Payment approved per 8/28/15 Order at Doc. No. 185 | 3210-000 | | 23,227.00 | 62,221.32 |
| 08/31/15 | 115 | Barbara B. Stalzer, Trustee | Second interim fee app; Per 8/28/15 Order at Doc. No. 186 | 2100-000 | | 3,714.90 | 58,506.42 |
| 08/31/15 | 116 | McLin & Burnsed, PA | Andante Development; Per 8/28/15 Order at Doc. No. 186 | 7100-000 | | 30,000.00 | 28,506.42 |
| | | | **Subtotals :** | | **$13,606.65** | **$78,144.80** | |

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 13-62455 CRM
**Case Name:** CABE & CATO, INC.

**Taxpayer ID #:** **-***9092
**Period Ending:** 09/30/17

**Trustee:** Barbara B. Stalzer, Trustee (300060)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $40,160,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.03 | 28,366.39 |
| 09/17/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #7; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 33,366.39 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.63 | 33,263.76 |
| 10/09/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #8; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 38,263.76 |
| 10/09/15 | {16} | WPB Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 38,763.76 |
| 10/09/15 | {16} | WPB Hospitality Ventures LLC | Reversed Deposit 100034 1; Interest on note owed to debtor for $100,000.00 | 1221-000 | -500.00 | | 38,263.76 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.91 | 38,211.85 |
| 11/16/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #9; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 43,211.85 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.72 | 43,155.13 |
| 12/16/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #10; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 48,155.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.35 | 48,082.78 |

**Subtotals :**   **$20,000.00**   **$423.64**

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 13-62455 CRM | | **Trustee:** | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| **Case Name:** | CABE & CATO, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** | **-***9092 | | **Blanket Bond:** | $40,160,000.00   (per case limit) |
| **Period Ending:** | 09/30/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #11; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 53,082.78 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.50 | 53,012.28 |
| 02/17/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #12; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 58,012.28 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.13 | 57,936.15 |
| 03/15/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #13; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 62,936.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.48 | 62,840.67 |
| 04/18/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #14; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 67,840.67 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.95 | 67,749.72 |
| 05/16/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #15; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 72,749.72 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.52 | 72,652.20 |
| 06/15/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #24; Acct | 1241-000 | 5,000.00 | | 77,652.20 |
| | | | **Subtotals :** | | **$30,000.00** | **$430.58** | |

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

## Form 2
### Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 13-62455 CRM | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $40,160,000.00  (per case limit) |
| Period Ending: | 09/30/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #5005764666; Payment #16;ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | | | | |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.71 | 77,533.49 |
| 07/25/16 | 117 | McLin & Burnsed, PA | interim distribution on claim; Per 7/21/16 Order at Doc. No. 197 | 7100-000 | | 50,000.00 | 27,533.49 |
| 07/25/16 | 118 | Barbara B. Stalzer, Trustee | Trustee fees on distribution (3rd interim); Per 7/21/16 Order at Doc. No. 197 | 2100-000 | | 2,500.00 | 25,033.49 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.26 | 24,926.23 |
| 08/16/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #16; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 29,926.23 |
| 08/16/16 | {2} | WHiteboard Labs, LLC | For redemption of Whiteboard labs membership units per order entered 8-1-16 Doc. 202 | 1123-000 | 33,043.35 | | 62,969.58 |
| 08/18/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #17; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 67,969.58 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.44 | 67,886.14 |
| 09/16/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #18; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 72,886.14 |

Subtotals :   $48,043.35   $52,809.41

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

## Form 2
## Cash Receipts And Disbursements Record

Page: 10

| **Case Number:** | 13-62455 CRM | **Trustee:** | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|
| **Case Name:** | CABE & CATO, INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******4666 - Checking Account |
| **Taxpayer ID #:** | **-***9092 | **Blanket Bond:** | $40,160,000.00 (per case limit) |
| **Period Ending:** | 09/30/17 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.96 | 72,785.18 |
| 10/19/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #19; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 77,785.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.79 | 77,681.39 |
| 11/17/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #20; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 82,681.39 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.21 | 82,559.18 |
| 12/05/16 | 119 | Barbara B. Stalzer, Trustee | Trustee fees (4th interim); Per 12/5/16 Order at Doc. No. 210 | 2100-000 | | 2,676.00 | 79,883.18 |
| 12/05/16 | 120 | McLin & Burnsed, PA | Interim distribution; Per 12/5/16 Order at Doc. No. 210 | 7100-000 | | 50,000.00 | 29,883.18 |
| 12/05/16 | 121 | Stonebridge Accounting & Forensics | Interim payment to accountant; Per 12/5/16 Order at Doc. No. 210 | 3410-000 | | 3,420.00 | 26,463.18 |
| 12/05/16 | 122 | Stonebridge Accounting & Forensics | Interim expenses for accountant; Per 12/5/16 Order at Doc. No. 210 | 3420-000 | | 100.02 | 26,363.16 |
| 12/23/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #21; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 31,363.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.50 | 31,290.66 |
| 01/19/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #22; ACH | 1241-000 | 5,000.00 | | 36,290.66 |

**Subtotals :**  $20,000.00   $56,595.48

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 11

| Case Number: | 13-62455 CRM | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $40,160,000.00   (per case limit) |
| Period Ending: | 09/30/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | | | | |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.11 | 36,239.55 |
| 02/17/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #23; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 41,239.55 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.76 | 41,187.79 |
| 03/21/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #25; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 46,187.79 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.05 | 46,122.74 |
| 04/20/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #26; ACH deposit; Doc. No. 176 order on settlement | 1241-000 | 5,000.00 | | 51,122.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.55 | 51,058.19 |
| 05/18/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #27; ACH Deposit-- monthly installment per settlement order enetrd 2-27-15, doc. No. 176 | 1241-000 | 5,000.00 | | 56,058.19 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.13 | 55,974.06 |
| 06/16/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #28; ACH transfer for monthly settlement installment | 1241-000 | 5,000.00 | | 60,974.06 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.10 | 60,889.96 |
| 07/19/17 | {14} | Turnkey defendants | Acct #5005764666; Payment #29; Ach deposit | 1241-000 | 5,000.00 | | 65,889.96 |

**Subtotals :**  $30,000.00   $400.70

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM   V.13.30

Page: 12

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 13-62455 CRM | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $40,160,000.00  (per case limit) |
| Period Ending: | 09/30/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.53 | 65,802.43 |
| 08/17/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #30; Settlement installment of fraudulent conveyance action; order entered 2-27-15 Doc. No. 176 | 1241-000 | 5,000.00 | | 70,802.43 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.71 | 70,694.72 |
| 09/18/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #31; ACH deposit pursuant to order entered 10-27-14 Doc. No. 152 | 1241-000 | 5,000.00 | | 75,694.72 |
| | | | **ACCOUNT TOTALS** | | 903,434.60 | 827,739.88 | **$75,694.72** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 903,434.60 | 827,739.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$903,434.60** | **$827,739.88** | |

{} Asset reference(s)                                                                                                   Printed: 10/20/2017 11:49 AM     V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 13

| Case Number: | 13-62455 CRM | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|
| Case Name: | CABE & CATO, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | Blanket Bond: | $40,160,000.00  (per case limit) |
| Period Ending: | 09/30/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******4666 | | 903,434.60 | 827,739.88 | 75,694.72 |
| | | $903,434.60 | $827,739.88 | $75,694.72 |

{} Asset reference(s)

Printed: 10/20/2017 11:49 AM     V.13.30