UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: CABE & CATO, INC.  § Case No. 13-62455
  §
  §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Barbara B. Stalzer, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $170,948.61 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $706,572.77 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $217,211.35 | |

3) Total gross receipts of $ 923,784.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $923,784.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $814,899.59 | $1,176,608.49 | $1,125,466.59 | $706,572.77 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 217,211.35 | 217,211.35 | 217,211.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 269,399.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,084,298.59 | $1,393,819.84 | $1,342,677.94 | $923,784.12 |

4) This case was originally filed under Chapter 7 on June 04, 2013. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2018            By: /s/Barbara B. Stalzer, Trustee
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account Park Sterling an 526 Old Greenv | 1129-000 | 5,757.37 |
| 2021 shares of Whiteboard Labs, LLC 3100 Richmon | 1123-000 | 33,397.43 |
| Avoidance claim against Turnkey | 1241-000 | 275,000.00 |
| Avoidance/malpractice claim against Burr & Forman | 1241-000 | 500,000.00 |
| Note payable from WPB Hospitality Venture | 1221-000 | 109,279.80 |
| Net Worth tax refund | 1224-000 | 349.52 |
| **TOTAL GROSS RECEIPTS** | | **$923,784.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | McLin & Burnsed, PA | 4110-000 | 714,899.59 | 1,125,466.59 | 1,125,466.59 | 706,572.77 |
| 2 | Burr & Forman, LLP | 4110-000 | 100,000.00 | 51,141.90 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$814,899.59** | **$1,176,608.49** | **$1,125,466.59** | **$706,572.77** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barbara B. Stalzer, Trustee | 2100-000 | N/A | 49,439.21 | 49,439.21 | 49,439.21 |
| Trustee Expenses - Barbara B. Stalzer, Trustee | 2200-000 | N/A | 434.37 | 434.37 | 434.37 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 700.00 | 700.00 | 700.00 |
| Other - Ragsdale Beals Siegler Patterson & Gray | 3210-000 | N/A | 119,593.00 | 119,593.00 | 119,593.00 |
| Other - Ragsdale Beals Siegler Patterson & Gray | 3220-000 | N/A | 6,756.67 | 6,756.67 | 6,756.67 |
| Other - Stonebridge Accounting & Forensics | 3410-000 | N/A | 15,960.00 | 15,960.00 | 15,960.00 |
| Other - Stonebridge Accounting & Forensics | 3420-000 | N/A | 307.21 | 307.21 | 307.21 |
| Other - Morris, Manning & Martin, LLP | 3721-000 | N/A | 14,169.50 | 14,169.50 | 14,169.50 |
| Other - LIghtfoot Group LLC | 3731-420 | N/A | 5,882.50 | 5,882.50 | 5,882.50 |
| Other - Lightfoot Group LLC | 3732-430 | N/A | 9.20 | 9.20 | 9.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.23 | 12.23 | 12.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.07 | 11.07 | 11.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.06 | 14.06 | 14.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.87 | 13.87 | 13.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.34 | 13.34 | 13.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.47 | 14.47 | 14.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.78 | 16.78 | 16.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.35 | 16.35 | 16.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.37 | 16.37 | 16.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.91 | 18.91 | 18.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.59 | 16.59 | 16.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.28 | 18.28 | 18.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.68 | 17.68 | 17.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.37 | 41.37 | 41.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.88 | 70.88 | 70.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.34 | 76.34 | 76.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.65 | 79.65 | 79.65 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 296.63 | 296.63 | 296.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.91 | 69.91 | 69.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.80 | 85.80 | 85.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 115.50 | 115.50 | 115.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 131.87 | 131.87 | 131.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.03 | 140.03 | 140.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.63 | 102.63 | 102.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.91 | 51.91 | 51.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.72 | 56.72 | 56.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.35 | 72.35 | 72.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.50 | 70.50 | 70.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.13 | 76.13 | 76.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 95.48 | 95.48 | 95.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.95 | 90.95 | 90.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 97.52 | 97.52 | 97.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 118.71 | 118.71 | 118.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.26 | 107.26 | 107.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.44 | 83.44 | 83.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 100.96 | 100.96 | 100.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.79 | 103.79 | 103.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 122.21 | 122.21 | 122.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.50 | 72.50 | 72.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.11 | 51.11 | 51.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.76 | 51.76 | 51.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.05 | 65.05 | 65.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.55 | 64.55 | 64.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.13 | 84.13 | 84.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.10 | 84.10 | 84.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.53 | 87.53 | 87.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 107.71 | 107.71 | 107.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 101.64 | 101.64 | 101.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 119.33 | 119.33 | 119.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 115.98 | 115.98 | 115.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.00 | 121.00 | 121.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 144.76 | 144.76 | 144.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $217,211.35 | $217,211.35 | $217,211.35 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Turnkey ATM Solutions, LLC | 7100-000 | 269,399.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $269,399.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-62455  
**Case Name:** CABE & CATO, INC.  

**Period Ending:** 08/27/18

**Trustee:** (300060) Barbara B. Stalzer, Trustee  
**Filed (f) or Converted (c):** 06/04/13 (f)  
**§341(a) Meeting Date:** 07/01/13  
**Claims Bar Date:** 10/17/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account Park Sterling an 526 Old Greenv | 5,757.37 | 5,757.37 | | 5,757.37 | FA |
| 2 | 2021 shares of Whiteboard Labs, LLC 3100 Richmon | 0.00 | 0.00 | | 33,397.43 | FA |
| 3 | Open Invoices | 13,700.00 | 13,700.00 | | 0.00 | FA |
| 4 | Promissory Note Turnkey ATM Solutions, LLC Origi | 136,093.61 | 136,093.61 | | 0.00 | FA |
| 5 | Promissory Note Turnkey ATM Solutions, LLC Origi | 3,300.00 | 3,300.00 | | 0.00 | FA |
| 6 | 2002 Avalanche  (See Footnote) | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 7 | 2004 Lincoln Navigator  (See Footnote) | 5,500.00 | 5,500.00 | OA | 0.00 | FA |
| 8 | Office Electronic Equipment: Dell Laptop Compute (See Footnote) | 755.00 | 755.00 | OA | 0.00 | FA |
| 9 | Office Equipment: Wooden horizontal paper sorter (See Footnote) | 765.00 | 765.00 | OA | 0.00 | FA |
| 10 | Office Furniture: Desk, Credenza, Conference Tab (See Footnote) | 1,450.00 | 1,450.00 | OA | 0.00 | FA |
| 11 | Milwaikee Hammerdrill, Hand truck, Cabe & cato, (See Footnote) | 3,710.00 | 3,710.00 | OA | 0.00 | FA |
| 12 | Office Inventory: SDD Dispenser (5), Loading tra  (See Footnote) | 675.00 | 675.00 | OA | 0.00 | FA |
| 13 | WPB Hospitality Venture, LLC m'ship- VOID  (u)     Not on schedules; came up in mediation; added after mediation but then determined later that it was a note, which now as been paid to Trustee  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Avoidance claim against Turnkey  (u)     Debtor transferred most of business to a related corporation in 2010 when judgment entered against it. Litigation by creditor in Florida listed on SOFA however. | 200,000.00 | 200,000.00 | | 275,000.00 | FA |
| 15 | Avoidance/malpractice claim against Burr & Forman  (u)     Debtor paid legal fees of related corporation, which payments are likely to be avoidable. | 184,000.00 | 184,000.00 | | 500,000.00 | FA |
| 16 | Note payable from WPB Hospitality Venture  (u) | 100,000.00 | 100,000.00 | | 109,279.80 | FA |
| 17 | Net Worth tax refund  (u) | 349.52 | 349.52 | | 349.52 | FA |

Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-62455
**Case Name:** CABE & CATO, INC.

**Period Ending:** 08/27/18

**Trustee:** (300060) Barbara B. Stalzer, Trustee
**Filed (f) or Converted (c):** 06/04/13 (f)
**§341(a) Meeting Date:** 07/01/13
**Claims Bar Date:** 10/17/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Assets Totals (Excluding unknown values) | $661,055.50 | $661,055.50 | | $923,784.12 | $0.00 |
| RE PROP# 6 | OA Doc. no. 189 | | | | | |
| RE PROP# 7 | OA Doc. no. 189 | | | | | |
| RE PROP# 8 | OA Doc. No. 189 | | | | | |
| RE PROP# 9 | OA Doc. No. 189 | | | | | |
| RE PROP# 10 | OA Doc. No. 189 | | | | | |
| RE PROP# 11 | OA Doc. No. 189 | | | | | |
| RE PROP# 12 | OA Doc. no. 189 | | | | | |
| RE PROP# 13 | Same as 16-- note paid in full | | | | | |

**Major Activities Affecting Case Closing:**

Trustee has continued to collect payments from Turnkey Defendants and to make periodic distributuions to the sole creditor, Andante Development. Trustee also was able to sell the Debtor's interest in WhiteBoard Labs.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** December 31, 2017

Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-62455
**Case Name:** CABE & CATO, INC.

**Taxpayer ID #:** **-***9092
**Period Ending:** 08/27/18

**Trustee:** Barbara B. Stalzer, Trustee (300060)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $45,975,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/02/13 | {1} | Park Sterling Bank | Bank account on debtor's schedules | 1129-000 | 5,757.37 | | 5,757.37 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,747.37 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,737.37 |
| 09/04/13 | {2} | Whiteboard Labs LLC | Distribution from membership interest | 1123-000 | 354.08 | | 6,091.45 |
| 09/04/13 | {16} | WBP Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 6,591.45 |
| 09/04/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 7,091.45 |
| 09/11/13 | {16} | WPB Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 7,591.45 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,581.45 |
| 10/18/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 8,081.45 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.23 | 8,069.22 |
| 11/15/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 8,569.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.07 | 8,558.15 |
| 12/06/13 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 9,058.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.06 | 9,044.09 |
| 01/08/14 | {16} | WPB Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 9,544.09 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.87 | 9,530.22 |
| 02/04/14 | {16} | WPB Hospitality Ventures, LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 10,030.22 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.34 | 10,016.88 |
| 03/05/14 | {16} | WPB Hospitality LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 10,516.88 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.47 | 10,502.41 |
| 04/01/14 | {16} | WPB Hospitality | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 11,002.41 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.78 | 10,985.63 |
| 05/06/14 | {16} | WPB Hospitality LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 11,485.63 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.35 | 11,469.28 |
| 06/09/14 | {16} | WPB Hospitality LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 11,969.28 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 11,952.91 |

Subtotals: $12,111.45   $158.54

{} Asset reference(s)

Printed: 08/27/2018 09:55 AM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-62455 | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $45,975,000.00 (per case limit) |
| Period Ending: | 08/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.91 | 11,934.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.59 | 11,917.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.28 | 11,899.13 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.68 | 11,881.45 |
| 11/05/14 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 20,488.10 |
| 11/05/14 | {16} | Ragsdale, Beals, Seigler, Patterson & Gray LLP | 2 payments on settlement of note collection from WPB Hospitality-per doc. no. 152- payments held by counsel pending resolution of adversary proceeding | 1221-000 | 17,213.30 | | 37,701.40 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 37,660.03 |
| 12/05/14 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 46,266.68 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.88 | 46,195.80 |
| 01/05/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 54,802.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.34 | 54,726.11 |
| 02/11/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 63,332.76 |
| 02/18/15 | 101 | Morris, Manning & Martin, LLP | Mediator fees per order in AP 14-05300 (Doc. No. 17); Notice of Payment (Doc. No. 20) | 3721-000 | | 14,169.50 | 49,163.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.65 | 49,083.61 |
| 03/10/15 | {16} | WPB Hospitality | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 57,690.26 |
| 03/17/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #1; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 62,690.26 |
| 03/17/15 | {14} | Scroggins & Williamson | Acct #5005764666; Payment #0; Wire Transfer for initial settlement payment | 1241-000 | 100,000.00 | | 162,690.26 |
| 03/18/15 | {15} | Burr & Forman | Wire transfer on 3-17-15 for settlement of adversary | 1241-000 | 500,000.00 | | 662,690.26 |
| 03/19/15 | 102 | Andante Development LLC | Settlement proceeds; Per 2/27/15 Consent Order at Doc. No. 176 | 4110-000 | | 500,000.00 | 162,690.26 |

Subtotals : $665,246.55  $514,509.20

{} Asset reference(s)                                            Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-62455
**Case Name:** CABE & CATO, INC.

**Taxpayer ID #:** **-***9092
**Period Ending:** 08/27/18

**Trustee:** Barbara B. Stalzer, Trustee (300060)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $45,975,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 03/19/15 | | | | |
| 03/19/15 | 102 | Andante Development LLC | Settlement proceeds; Per 2/27/15 Consent Order at Doc. No. 176 Voided: check issued on 03/19/15 | 4110-000 | | -500,000.00 | 662,690.26 |
| 03/19/15 | 103 | McLin & Burnsed, PA | Settlement proceeds; Per 2/27/15 Consent Order at Doc. No. 176 | 4110-000 | | 500,000.00 | 162,690.26 |
| 03/23/15 | 104 | Ragsdale Beals Siegler Patterson & Gray | ATTORNEY FEES (interim); Per 3/20/15 Order at Doc. No. 179 | 3210-000 | | 70,000.00 | 92,690.26 |
| 03/23/15 | 105 | Ragsdale Beals Siegler Patterson & Gray | Expenses for attorney (interim); Per 3/20/15 Order at Doc. No. 179 | 3220-000 | | 6,443.21 | 86,247.05 |
| 03/23/15 | 106 | LIghtfoot Group LLC | Valuation expert fees; Per 3/20/15 Order at Doc. No. 179 | 3731-420 | | 5,882.50 | 80,364.55 |
| 03/23/15 | 107 | Lightfoot Group LLC | Valuation expert expenses; Per 3/20/15 Order at Doc. No. 179 | 3732-430 | | 9.20 | 80,355.35 |
| 03/23/15 | 108 | Stonebridge Accounting & Forensics | Accountant for Trustee fees; Per 3/20/15 Order at Doc. No. 179 | 3410-000 | | 8,077.50 | 72,277.85 |
| 03/23/15 | 109 | Stonebridge Accounting & Forensics | Accountant for Trustee expenses; Per 3/20/15 Order at Doc. No. 179 | 3420-000 | | 109.97 | 72,167.88 |
| 03/23/15 | 110 | Barbara B. Stalzer, Trustee | TRUSTEE FEES (interim); Per 3/20/15 Order at Doc. No. 179 | 2100-000 | | 32,982.07 | 39,185.81 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 296.63 | 38,889.18 |
| 04/02/15 | {16} | WPB Hospitality, LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 47,495.83 |
| 04/10/15 | {14} | Turnkey defendants | Acct #5005764666; Payment #2; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 52,495.83 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.91 | 52,425.92 |
| 05/06/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 61,032.57 |
| 05/19/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #3; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 66,032.57 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.80 | 65,946.77 |
| 06/03/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, | 1221-000 | 8,606.65 | | 74,553.42 |

Subtotals :    $35,819.95    $123,956.79

{} Asset reference(s)

Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 13-62455 | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|
| Case Name: | CABE & CATO, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | Blanket Bond: | $45,975,000.00  (per case limit) |
| Period Ending: | 08/27/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Doc. No. 152 | | | | |
| 06/17/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #4; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 79,553.42 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.50 | 79,437.92 |
| 07/06/15 | {16} | WPB Hospitality LLC | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 88,044.57 |
| 07/23/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #5; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 93,044.57 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.87 | 92,912.70 |
| 08/11/15 | {16} | WPB Hospitality | Installment payment on note per settlement of AP (14-05269) - Per order entered 10-27-14, Doc. No. 152 | 1221-000 | 8,606.65 | | 101,519.35 |
| 08/13/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #6; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 106,519.35 |
| 08/31/15 | 111 | Ragsdale Beals Siegler Patterson & Gray | Attorney Fees (2nd interim); Per 8/28/15 Order at Doc. No. 185 | 3210-000 | | 4,854.50 | 101,664.85 |
| 08/31/15 | 112 | Ragsdale Beals Siegler Patterson & Gray | Attorney expenses (2nd interim); Per 8/28/15 Order at Doc. No. 185 | 3220-000 | | 216.53 | 101,448.32 |
| 08/31/15 | 113 | McLin & Burnsed | Attorney's fees shared from Patterson first fee app; Payment approved per 8/28/15 Order at Doc. No. 185 | 3210-000 | | 16,000.00 | 85,448.32 |
| 08/31/15 | 114 | Ragsdale Beals Siegler Patterson & Gray | Attorney Fees left from Patterson first interim fee app; Fees approved per 3/20/15 Order at Doc. No. 179; Payment approved per 8/28/15 Order at Doc. No. 185 | 3210-000 | | 23,227.00 | 62,221.32 |
| 08/31/15 | 115 | Barbara B. Stalzer, Trustee | Second interim fee app; Per 8/28/15 Order at Doc. No. 186 | 2100-000 | | 3,714.90 | 58,506.42 |
| 08/31/15 | 116 | McLin & Burnsed, PA | Andante Development; Per 8/28/15 Order at Doc. No. 186 | 4110-000 | | 30,000.00 | 28,506.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.03 | 28,366.39 |
| 09/17/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #7; ACH transfer for settlement payment - per order entered | 1241-000 | 5,000.00 | | 33,366.39 |

Subtotals :   $37,213.30   $78,400.33

{} Asset reference(s)                                                                                                  Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 13-62455 | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $45,975,000.00   (per case limit) |
| Period Ending: | 08/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | | | | |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.63 | 33,263.76 |
| 10/09/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #8; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 38,263.76 |
| 10/09/15 | {16} | WPB Hospitality Ventures LLC | Interest on note owed to debtor for $100,000.00 | 1221-000 | 500.00 | | 38,763.76 |
| 10/09/15 | {16} | WPB Hospitality Ventures LLC | Reversed Deposit 100034 1; Interest on note owed to debtor for $100,000.00 | 1221-000 | -500.00 | | 38,263.76 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.91 | 38,211.85 |
| 11/16/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #9; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 43,211.85 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.72 | 43,155.13 |
| 12/16/15 | {14} | Turnkey Defendants | Acct #5005764666; Payment #10; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 48,155.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.35 | 48,082.78 |
| 01/14/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #11; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 53,082.78 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.50 | 53,012.28 |
| 02/17/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #12; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 58,012.28 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.13 | 57,936.15 |
| 03/15/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #13; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 62,936.15 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.48 | 62,840.67 |
| 04/18/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #14; ACH transfer for settlement payment - per order | 1241-000 | 5,000.00 | | 67,840.67 |

Subtotals :   $35,000.00   $525.72

{} Asset reference(s)

Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 13-62455  
**Case Name:** CABE & CATO, INC.  
**Taxpayer ID #:** **-***9092  
**Period Ending:** 08/27/18  

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $45,975,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | | | | |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.95 | 67,749.72 |
| 05/16/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #15; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 72,749.72 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.52 | 72,652.20 |
| 06/15/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #24; Acct #5005764666; Payment #16;ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 77,652.20 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.71 | 77,533.49 |
| 07/25/16 | 117 | McLin & Burnsed, PA | interim distribution on claim; Per 7/21/16 Order at Doc. No. 197 | 4110-000 | | 50,000.00 | 27,533.49 |
| 07/25/16 | 118 | Barbara B. Stalzer, Trustee | Trustee fees on distribution (3rd interim); Per 7/21/16 Order at Doc. No. 197 | 2100-000 | | 2,500.00 | 25,033.49 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.26 | 24,926.23 |
| 08/16/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #16; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 29,926.23 |
| 08/16/16 | {2} | WHiteboard Labs, LLC | For redemption of Whiteboard labs membership units per order entered 8-1-16 Doc. 202 | 1123-000 | 33,043.35 | | 62,969.58 |
| 08/18/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #17; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 67,969.58 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.44 | 67,886.14 |
| 09/16/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #18; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 72,886.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.96 | 72,785.18 |
| 10/19/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #19; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c | 1241-000 | 5,000.00 | | 77,785.18 |

Subtotals :  $63,043.35  $53,098.84

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 13-62455  
**Case Name:** CABE & CATO, INC.  
**Taxpayer ID #:** **-***9092  
**Period Ending:** 08/27/18

**Trustee:** Barbara B. Stalzer, Trustee (300060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4666 - Checking Account  
**Blanket Bond:** $45,975,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | and s and order entered 2/27/15 Doc. No. 176 | | | | |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.79 | 77,681.39 |
| 11/17/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #20; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 82,681.39 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.21 | 82,559.18 |
| 12/05/16 | 119 | Barbara B. Stalzer, Trustee | Trustee fees (4th interim); Per 12/5/16 Order at Doc. No. 210 | 2100-000 | | 2,676.00 | 79,883.18 |
| 12/05/16 | 120 | McLin & Burnsed, PA | Interim distribution; Per 12/5/16 Order at Doc. No. 210 | 4110-000 | | 50,000.00 | 29,883.18 |
| 12/05/16 | 121 | Stonebridge Accounting & Forensics | Interim payment to accountant; Per 12/5/16 Order at Doc. No. 210 | 3410-000 | | 3,420.00 | 26,463.18 |
| 12/05/16 | 122 | Stonebridge Accounting & Forensics | Interim expenses for accountant; Per 12/5/16 Order at Doc. No. 210 | 3420-000 | | 100.02 | 26,363.16 |
| 12/23/16 | {14} | Turnkey Defendants | Acct #5005764666; Payment #21; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 31,363.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.50 | 31,290.66 |
| 01/19/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #22; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 36,290.66 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.11 | 36,239.55 |
| 02/17/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #23; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 41,239.55 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.76 | 41,187.79 |
| 03/21/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #25; ACH transfer for settlement payment - per order entered 2/27/15 Doc. No. 176; Per motion for c and s and order entered 2/27/15 Doc. No. 176 | 1241-000 | 5,000.00 | | 46,187.79 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.05 | 46,122.74 |
| 04/20/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #26; ACH deposit; Doc. No. 176 order on settlement | 1241-000 | 5,000.00 | | 51,122.74 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.55 | 51,058.19 |
| 05/18/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #27; ACH | 1241-000 | 5,000.00 | | 56,058.19 |

Subtotals :      $35,000.00      $56,726.99

{} Asset reference(s)      Printed: 08/27/2018 09:55 AM      V.13.30

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 13-62455 | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $45,975,000.00   (per case limit) |
| Period Ending: | 08/27/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Deposit-- monthly installment per settlement order eneterd 2-27-15, doc. No. 176 | | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.13 | 55,974.06 |
| 06/16/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #28; ACH transfer per settlement order of 2-27-15 doc. 176 | 1241-000 | 5,000.00 | | 60,974.06 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.10 | 60,889.96 |
| 07/19/17 | {14} | Turnkey defendants | Acct #5005764666; Payment #29; Ach deposit; settlement order 2-17-15 doc no., 176 | 1241-000 | 5,000.00 | | 65,889.96 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.53 | 65,802.43 |
| 08/17/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #30; Settlement installment of fraudulent conveyance action; order entered 2-27-15 Doc. No. 176 | 1241-000 | 5,000.00 | | 70,802.43 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.71 | 70,694.72 |
| 09/18/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #31; ACH deposit pursuant to order entered 10-27-14 Doc. No. 152 | 1241-000 | 5,000.00 | | 75,694.72 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.64 | 75,593.08 |
| 10/17/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #32; Fraudulent conveyance settlement 2-27-15 Doc. No. 176 | 1241-000 | 5,000.00 | | 80,593.08 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.33 | 80,473.75 |
| 11/26/17 | {14} | Turnkey ATM Solutions | Acct #5005764666; Payment #33; Per settlement order 2-27-15 Doc. no 176 on AP settlement | 1241-000 | 5,000.00 | | 85,473.75 |
| 11/30/17 | {17} | Georgia DOR | Refund of 2011 corporate net worth tax, per Bob Albretson after communication with GA DOR | 1224-000 | 349.52 | | 85,823.27 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.98 | 85,707.29 |
| 12/19/17 | {14} | Turnkey Defendants | Acct #5005764666; Payment #34; Monthly installment for settlement 2-27-15 doc. no. 176 amount | 1241-000 | 5,000.00 | | 90,707.29 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.00 | 90,586.29 |
| 01/23/18 | {14} | Turnkey Defendants | Acct #5005764666; Payment #35; Final payment on settlement of fraudulent conveyance claim 2-27-15 doc. no. 176 | 1241-000 | 5,000.00 | | 95,586.29 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.76 | 95,441.53 |
| 05/14/18 | 123 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $434.37, Trustee Expenses;  Reference: | 2200-000 | | 434.37 | 95,007.16 |

Subtotals :    $40,349.52    $1,400.55

{} Asset reference(s)

Printed: 08/27/2018 09:55 AM    V.13.30

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 13-62455 | | Trustee: | Barbara B. Stalzer, Trustee (300060) |
|---|---|---|---|---|
| Case Name: | CABE & CATO, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4666 - Checking Account |
| Taxpayer ID #: | **-***9092 | | Blanket Bond: | $45,975,000.00   (per case limit) |
| Period Ending: | 08/27/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/14/18 | 124 | Stonebridge Accounting & Forensics | Dividend paid 100.00% on $15,960.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 4,462.50 | 90,544.66 |
| 05/14/18 | 125 | Stonebridge Accounting & Forensics | Dividend paid 100.00% on $307.21, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 97.22 | 90,447.44 |
| 05/14/18 | 126 | Ragsdale Beals Siegler Patterson & Gray | Dividend paid 100.00% on $119,593.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 5,511.50 | 84,935.94 |
| 05/14/18 | 127 | Ragsdale Beals Siegler Patterson & Gray | Dividend paid 100.00% on $6,756.67, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 96.93 | 84,839.01 |
| 05/14/18 | 128 | Barbara B. Stalzer, Trustee | Dividend paid 100.00% on $49,439.21, Trustee Compensation;  Reference: | 2100-000 | | 7,566.24 | 77,272.77 |
| 05/14/18 | 129 | Clerk  US Bankruptcy Court | Dividend paid 100.00% on $700.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 700.00 | 76,572.77 |
| 05/14/18 | 130 | McLin & Burnsed, PA | Dividend paid  62.78% on $1,125,466.59; Claim# 1; Filed: $1,125,466.59; Reference: | 4110-000 | | 76,572.77 | 0.00 |
| | | | ACCOUNT TOTALS | | 923,784.12 | 923,784.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 923,784.12 | 923,784.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $923,784.12 | $923,784.12 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******4666 | 923,784.12 | 923,784.12 | 0.00 |
| | $923,784.12 | $923,784.12 | $0.00 |

{} Asset reference(s)

Printed: 08/27/2018 09:55 AM     V.13.30